**No. 63561.**—Bonwit Teller, Inc. *v.* United States, protest 325765-K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of beaded bags, not ornamented with beads, spangles, or bugles, nor embroidered, tamboured, appliqued, or scalloped, composed in chief value of beads (other than imitation pearl beads, beads in imitation of precious or semiprecious stones, and beads in chief value of synthetic resin), the claim of the plaintiff was sustained.

**No. 63562.**—Frederick H. Cone & Co., Inc. *v.* United States, protests 305178-K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.